RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE  4/20/10
     68

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **BRENDA FAYE BERTRAND** | **CIVIL ACTION NO. 08-1700** |
| **VERSUS** | **JUDGE HAIK** |
| **MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY** | **MAGISTRATE JUDGE HANNA** |

### *JUDGMENT*

This matter was referred to United States Magistrate Judge Hanna for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is **REVERSED** and this matter is **REMANDED** to the Commissioner for an assessment of claimant's anxiety and depression and consideration of claimant's obesity throughout the sequential evaluation analysis.

Signed in Lafayette, Louisiana, this 19th day of April, 2010.

_____
JUDGE RICHARD T. HAIK